```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,     :
                                           :
               -against-                   :
                                           :
   RAUL PERDOMO RAMIREZ,         :         1:18-cr-235-GHW
                         Defendant.   :
-------------------------------------------------------------X         <u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On October 26, 2020, Mr. Ramirez filed a motion for return of property under Federal Rule of Criminal Procedure 41. Dkt. No. 153. The United States is directed to file any response to that motion no later than November 16, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Ramirez at his current address, as provided in Dkt. No. 153, and to file proof of service on the docket.

SO ORDERED.

Dated: October 28, 2020
New York, New York

                                                                GREGORY H. WOODS
                                                       United States District Judge