```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
           -against-                       :
                                           :
    RAUL PERDOMO RAMIREZ,                  :         1:18-cr-235-GHW
                             Defendant.    :
------------------------------------------------------------X         ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020

GREGORY H. WOODS, United States District Judge:

On October 26, 2020, Mr. Ramirez filed a motion for return of property under Federal Rule of Criminal Procedure 41. Dkt. No. 153. On November 16, 2020, the Government informed the Court that the Federal Bureau of Investigation had arranged to return Mr. Ramirez's property to his family member on November 18, 2020. Dkt. No. 155. Accordingly, Mr. Ramirez's motion for return of property, Dkt. No. 153, is denied as moot.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 153.

SO ORDERED.

Dated: November 16, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge